ORIGINAL

FILED
AUG 2 0 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**MCDONNELL DOUGLAS CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**Docket No.** 07-617 T

## RULE 7.1 DISCLOSURE STATEMENT

Counsel for the Plaintiff certifies that:

The parent company of McDonnell Douglas Corporation is The Boeing Company, which is publicly held and owns (directly or indirectly) all of the stock of the McDonnell Douglas Corporation.

Respectfully submitted,

Duane Webber

A. Duane Webber
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Phone: (202) 452-7040
Facsimile: (202) 452-7074

Dated: August 20, 2007