**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 07-617 T**
**(Judge Lawrence M. Baskir)**

---

**MCDONNELL DOUGLAS CORPORATION**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

# MOTION FOR ENLARGEMENT OF TIME

---

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from October 19, 2007 to and including December 18, 2007, within which to answer or otherwise respond to the Complaint in the above-captioned case. This is the first enlargement requested for this purpose. Plaintiff does not object to defendant's motion.

As good cause for this request, defendant states as follows:

Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service ("the Service"), along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. The Service found it necessary to request materials from archives to review plaintiff's claim. Archive requests require six to eight weeks to be processed. As of October 16, 2007, the requested files had not been received. It is estimated that Service personnel will require an additional

two to three weeks to review plaintiff's claim once the archived materials are received. Defendant's attorney cannot prepare a response to the Complaint until these files are received and reviewed, and the Office of Chief Counsel has an opportunity to prepare its recommendation with respect to the Government's legal position.

Respectfully submitted,

October 16, 2007

s/ Jeffrey R. Malo

JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney,*
*Court of Federal Claims Section*

October 16, 2007

s/ W.C. Rapp
Of Counsel