**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 07-617 T**
**(Judge Lawrence M. Baskir)**

---

**MCDONNELL DOUGLAS CORPORATION**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME**

---

Defendant respectfully moves the Court for an enlargement of 60 days, from December 18, 2007, to February 15, 2008, to answer or otherwise respond to the Complaint filed in the above captioned case. This is defendant's second request for an enlargement of time, and plaintiff does not object to the enlargement requested herein. As good cause for this request, defendant states as follows:

Pursuant to the Court's Special Order, filed on October 18, 2007, the parties in the above captioned case have conducted a telephonic preliminary status conference with the ADR judge assigned to this case. Plaintiff has filed an interest netting claim with the Internal Revenue Service, alleging that defendant owes plaintiff $8,283,403. Plaintiff filed a complaint with this Court to protect its right to judicial review in the event of an adverse decision from the IRS, because the six-year statute of limitations for filing suit for additional overpayment interest was due to expire. In light of these facts, and with the ADR judge in agreement, the parties agreed that defendant should be given until February 15, 2007, to answer or otherwise respond to plaintiff's complaint. By that date,

defendant's attorneys will realistically be able to judge the likelihood that this case is susceptible to disposition by agreement of the parties. The parties have further agreed that once defendant's answer is filed, the parties will schedule a second status conference with the ADR judge to determine whether ADR is appropriate for this case.

Respectfully submitted,

November 9, 2007

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney,*
*Court of Federal Claims Section*

November 9, 2007

s/ W.C. Rapp
Of Counsel