# In the United States Court of Federal Claims

Case No. 07-617T
(Filed: November 13, 2007)

****************************************************
MCDONNELL DOUGLAS CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Defendant's second, unopposed **Motion for a 60-day Enlargement of Time** filed November 9, 2007, to answer or otherwise respond to the Plaintiff's Complaint is hereby **GRANTED**. **The Defendant shall file its answer/response no later than February 15, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge