IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-617 T
(Judge Lawrence M. Baskir)

McDONNELL DOUGLAS CORPORATION

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Section III of Appendix A to the Rules of the United States Court of Federal Claims ("RCFC"), the parties submit the following information:

a. Jurisdiction. The parties agree that the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1491.

b. Consolidation. The parties are unaware of any other case with which this case should be consolidated.

c. Bifurcation of Trial. The parties are of the view that no trial will be required in this proceeding.

d. Deferral of Proceedings. The parties know of no case pending before this Court that would justify deferral of proceedings in this case.

e. Remand or Suspension. Neither remand nor suspension will be sought.

f. Additional Parties. The parties know of no additional parties that should be joined to this case.

g. Dispositive Motions. Plaintiff filed its complaint to prevent the statute of limitations established by 28 U.S.C. §§ 2401 and 2501 from expiring prior to the Internal Revenue Service reaching a determination with respect to plaintiff's claim. The parties have yet to engage in discovery. At present, the parties are not aware of any factual disputes, and are of the view that any legal issues that may arise in connection with plaintiff's claim will likely be amenable to resolution through a motion for summary judgment. At present, neither party intends to file such a motion.

h. Issues. This is a suit for an amount of overpayment interest pursuant to 26 U.S.C. §§ 6601, 6611 and 6621(d). The issue broadly presented, is whether interest is properly owing to plaintiff, and if so, what amount. At present, the parties have not identified any specific issues that will require the Court's assistance to resolve.

i. Settlement. On January 24, 2008, counsel for the United States provided counsel for plaintiff with a tentative interest calculation prepared by the Internal Revenue Service. On April 1, 2008, plaintiff submitted an offer to settle the case. The United States is evaluating this proposal and reviewing the relevant interest computations. Based on the foregoing, counsel believe that this case is likely to settle without the need for further proceedings in the Court.

j. Trial. As noted above, the parties are of the view that no trial will be required in this proceeding.

k. Special ECM Issues. This case does not currently present any special issues regarding electronic case management.

l. Other Information. The parties are unaware of any other information to which the Court should be made aware at this time.

m. Proposed Discovery Plan. Based on the current status of the proposed settlement referenced in (i) above, the parties are of the view that no discovery plan is necessary at this time.

Respectfully submitted,

April 7, 2008

/s/ A. Duane Webber
A. DUANE WEBBER
Baker & McKenzie
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Tel: (202) 452-7040
Fax: (202) 452-7074
Email: a.duane.webber@bakernet.com
Attorney for Plaintiff

April 7, 2008

/s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Tel: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section

April 7, 2008

/s/ W.C. Rapp
W.C. RAPP
Senior Trial Attorney
Court of Federal Claims Section
*Of Counsel*

Attorneys for Defendant