# In the United States Court of Federal Claims

Case No. 07-617T
(Filed: April 14, 2008)

****************************************************
MCDONNELL DOUGLAS CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

In response to the parties' Joint Preliminary Status Report filed on April 7, 2008, this **case is STAYED for settlement** purposes, until further notice of the Court.

The parties shall file a **Joint Status Report every 90 days** regarding the settlement negotiations. The first Joint Status Report is due no later than **July 14, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge