IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-617 T
(Judge Lawrence M. Baskir)

McDONNELL DOUGLAS CORPORATION

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed on April 14, 2008, the parties submit the following Joint Status Report.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on April 1, 2008.

2. Plaintiff's settlement proposal has been referred to the Department of Justice's Office of Review for evaluation.

3. It is anticipated that the Office of Review will complete its analysis of plaintiff's proposal by December 31, 2008.

4. The parties believe that there is a substantial likelihood that they can settle the matter without the need for further proceedings.

5. The parties propose that the case remain stayed until the Department of Justice Office of Review completes its evaluation of plaintiff's settlement offer.

6. If the Court does not object to the parties' proposed course of action, the parties will continue to file join status reports with the Court every 90 days, as directed by the Court's Order dated April 14, 2008.

Respectfully submitted,

July 14, 2008

/s/ A. Duane Webber
A. DUANE WEBBER
Baker & McKenzie
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Tel: (202) 452-7040
Fax: (202) 452-7074
Email: a.duane.webber@bakernet.com

Attorney for Plaintiff

July 14, 2008

/s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Tel: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section

July 14, 2008

/s/ W.C. Rapp
W.C. RAPP
Senior Trial Attorney
Court of Federal Claims Section
*Of Counsel*

Attorneys for Defendant